3014287969

3014287969

6-27-16

GCC

# PROTECT YOUR LOVED ONES
# Look at these LOW Maryland Life Insurance Rates!!!

| AGE | $100,000 Female | $100,000 Male | $250,000 Female | $250,000 Male | $500,000 Female | $500,000 Male | $1,000,000 Female | $1,000,000 Male |
|---|---|---|---|---|---|---|---|---|
| 35 | $8 | $9 | $10 | $12 | $15 | $17 | $24 | $27 |
| 40 | $9 | $11 | $13 | $14 | $18 | $21 | $32 | $29 |
| 45 | $11 | $13 | $17 | $19 | $29 | $32 | $49 | $55 |
| 50 | $14 | $16 | $24 | $29 | $40 | $45 | $72 | $85 |
| 55 | $18 | $22 | $32 | $42 | $59 | $75 | $107 | $145 |
| 60 | $24 | $34 | $46 | $65 | $84 | $122 | $159 | $235 |
| 65 | $36 | $55 | $72 | $115 | $135 | $215 | $255 | $425 |
| 70 | $49 | $85 | $101 | $185 | $185 | $365 | $375 | $655 |

*Monthly rates shown are Preferred Plus 10-year level term plans. 15, 20 and 30 year plans also available.*

WE HAVE THE **BEST RATES** FOR NON-TOBACCO AND TOBACCO USERS

*****NON-TOBACCO RATES FOR SMOKELESS TOBACCO AND CIGAR USERS*****

WE ALSO HAVE WHOLE / UNIVERSAL LIFE & RETURN OF PREMIUM POLICIES

---

FREE PERSONALIZED QUOTE – COMPLETE & FAX THIS FORM TO: **(706) 383-7557**

Name_____ Sex: M  F   Tobacco Use: Y  N   Type:_____

Date of Birth:_____ Height:_____ Weight:_____

Spouse/Partner_____ Sex: M  F   Tobacco Use: Y  N   Type:_____

Date of Birth:_____ Height:_____ Weight:_____

Address_____

City_____ State_____ Zipcode_____

Home Phone_____ Cell Phone_____

Work Phone_____ Fax_____

Email_____ Best time to call: *Morning  Afternoon  Evening*

Amount of Insurance Desired_____ Amount Spouse/Partner_____

You will be contacted by only one Maryland State Licensed Life Insurance Agent.
*The agent cannot provide accurate quotes prior to a brief phone interview.*

To be removed, please fax request to: (206) 426-2283

EXHIBIT 1