## UNITED STATES DISTRICT COURT FOR MARYLAND

**Germantown Copy Center, Inc.**

    Plaintiff

    v.                                                                                Case No. 19-cv-00826 - GH

**Roger Naaman Insurance Services, Inc., et al.**

    Defendants

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT ROGER NAAMAN INSURANCE SERVICES, INC., AND FOR LEAVE TO TAKE CLASS DISCOVERY

Plaintiff, Germantown Copy Center, Inc., moves for entry of default against defendant Roger Naaman Insurance Services, Inc. (RNISI), and for leave to take class discovery.

The Class Action Complaint, filed March 21, 2018, seeks statutory damages that include discretionary treble damages and injunctive relief, and seeks that relief for Plaintiff and for a putative class. It names the following defendants: Roger Naaman Insurance Services Inc., Naaman Insurance Agency, Inc. (California), Naaman Insurance Agency, Inc. (Texas), Doe Fax Broadcasters 1 – 10, and Roe Insurance Companies 1 – 10. ECF 1. Plaintiff has voluntarily dismissed its claims against defendants Naaman Insurance Agency, Inc. (California) and Naaman Insurance Agency, Inc. (Texas) without prejudice.

Service on RNISI was accomplished on May 5, 2018 at 19552 Turtle Ridge Lane, Porter Ranch, CA 91326-3809, the address shown by the California Secretary of State for Roger Naaman, resident agent of RNISI. ECF 9, 9-1. Service on RNISI complies with the requirements of FRCP 4. No response to the suit has been filed by RNISI, and the time for a response has passed. Accordingly, the entry of default is appropriate under FRCP 55(b)(2).

Plaintiff has not yet filed proof of damages, and does not yet seek the entry of a default *judgment*.

The complaint seeks relief for a putative class of persons who received unsolicited advertisements via facsimile.  Plaintiff wishes to begin discovery from non-parties, expecting this will identify the actual names of the Doe and Roe defendants referenced in the complaint, and will further support the grounds for class certification.  There are no other motions pending, and there is no reason for any further delay in the initiation of discovery.

For the above reasons, Plaintiff requests the entry of a default against defendant Roger Naaman Insurance Services, Inc., but does not yet seek the entry of a default judgment.  Plaintiff also requests leave to take class discovery.

_____/s/_____
Stephen H. Ring
Stephen H. Ring, P.C.
9901 Belward Campus Drive, Suite 175
Rockville, Maryland 20850
USDC-MD Attorney No. 00405
Telephone: 301-563-9249
Facsimile: 301-563-9249
shr@ringlaw.us
Co-counsel for Plaintiff

**Certificate of Service Not Required,**

**as no remaining defendant has responded.**

_____/s/_____
Stephen H. Ring